JUDGE CASTEL

08 CV 02172

Peter L. Altieri
Robert D. Goldstein
Michael Liberman
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendants
Angel Music Group Ltd. and Neil Moffit




UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE MANAGEMENT GROUP, LLC, ANDREW FOX, and LEE HEIMAN,

Plaintiffs,

- against -

ANGEL MUSIC GROUP LTD., NEIL MOFFITT, NICK McCABE, JESSIE ANGLES, ANU DHAMI, ISABEL PIAGGI, and DAN A. VIDAL,

Defendants.

Civ. ____________

**NOTICE OF REMOVAL**

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:**

Defendants Angel Music Group ("Angel") and Neil Moffit (together the "Removing Defendants") by their attorneys Epstein Becker & Green, P.C., hereby remove this action from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

**THE STATE COURT ACTION**

1. Plaintiffs The Management Group, LLC ("TMG"), Andrew Fox and Lee Heiman commenced this action in state court by filing their Summons and Complaint, annexed as Exhibit A, with the Supreme Court of the State of New York, County of New York ("New York Supreme") on or about February 27, 2008. In the Complaint, Plaintiffs seek damages in

the amount of no less than $10,000,000 for (a) breach of contract, (b) breach of fiduciary duty, (c) unfair competition, (d) conversion, (e) misappropriation of trade secrets, (f) tortuous interference with contractual and business relationships and (g) fraud. The complaint also seeks an accounting and permanent injunctive relief. Plaintiffs served the Removing Defendants with the Summons and Complaint on February 28, 2008. Upon information and belief, Plaintiffs have not yet served the other Defendants with the Summons and Complaint.

2. On or about February 27, 2008, Plaintiffs moved by Order to Show Cause for a temporary restraining order and preliminary injunction based on the facts alleged in the Complaint. A copy of the Order to Show Cause, with supporting affidavits and exhibits, is annexed as Exhibit B. A copy of Plaintiffs' Memorandum of Law In Support of Their Order to Show Cause for Preliminary Injunctive Relief and For Interim Restraints is annexed as Exhibit C.

3. On February 28, 2008, Justice Lowe of New York Supreme Court entered an order, annexed as Exhibit D, that (a) set a hearing date of March 6, 2008 for Plaintiffs' motion for a preliminary injunction, (b) provided that pending the hearing, Defendants would be temporarily restrained from using Plaintiff TMG's confidential and proprietary business information and from soliciting TMG's customers or employees, and (c) denying other relief sought by Plaintiffs.

**BASIS FOR REMOVAL**

4. This Court has original jurisdiction over the claims asserted in the State Court Action under 28 U.S.C. § 1332(a) because Plaintiffs and Defendants are citizens of different states and the amount in controversy is well over $75,000. Therefore, the State Court Action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

5. Plaintiff TMG is a New York liability company with its principal place of business located in the State of New York. (Ex. A. ¶ 4) Plaintiffs Andrew Fox and Lee Heiman reside in the State of New York. (Ex. A. ¶¶ 5, 6)

6. Defendant Angel is a United Kingdom corporation with its principal place of business in Stratford Upon Avon, England. Defendants Neil Moffit, Nick McCabe, and Jessie Angles reside in Henderson, Nevada. Defendants Isabel Piaggi and Dan A. Vidal reside in Miami, Florida. Defendant Anu Dhami resides in Las Vegas, Nevada.

8. This Notice of Removal has been filed within the time provided by 28 U.S.C. § 1446(b).

9. Defendants have not yet answered the Summons and Complaint, nor has the time to answer expired.

10. Upon the filing of this Notice, the Removing Defendants will give written notice to Plaintiffs' attorney and will file a copy of this Notice with the Office of the Clerk, New York Supreme, and will comply with all other procedural mandates consistent with this application for removal.

11. By filing this Notice, Defendants do not waive, and expressly reserve, any defenses which may be available to them, including the defense of lack of personal jurisdiction.

WHEREFORE, the Removing Defendants hereby remove the State Court Action now pending in New York Supreme.

Dated: New York, New York
March 4, 2008

EPSTEIN BECKER & GREEN, P.C.

By: ______________________

Peter L. Altieri
Robert D. Goldstein
Michael Liberman
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendants
Angel Music Group Ltd. and Neil Moffet