JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



08 CV 02172

------------------------------------x
THE MANAGEMENT GROUP, LLC, ANDREW
FOX, and LEE HEIMAN,

            Plaintiffs,

    - against -

ANGEL MUSIC GROUP LTD., NEIL MOFFITT,
NICK McCABE, JESSIE ANGLES, ANU DHAMI,
ISABEL PIAGGI, and DAN A. VIDAL,

            Defendants.
------------------------------------x

Civ. _____

## CORPORATE DISCLOSURE STATEMENT

    Defendant Angel Music Group Ltd., by its attorneys, Epstein Becker & Green, P.C., hereby submits its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

    Angel Music Group Ltd. is not a publicly held corporation and no corporation owns 10% or more of its stock.

Dated: New York, New York
       March 4, 2008

                       EPSTEIN BECKER & GREEN, P.C.

                       By: _____
                       Peter L. Altieri
                       Robert D. Goldstein
                       Michael Liberman
                       250 Park Avenue
                       New York, New York 10177
                       (212) 351-4500

NY:1680099v1