**MEMO ENDORSED**

# DAVIDOFF MALITO & HUTCHER LLP

ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

(212) 557-7200
FAX (212) 286-1884
WWW.DMLEGAL.COM

GARDEN CITY
200 GARDEN CITY PLAZA
GARDEN CITY, N.Y. 11530
(516) 248-6400

MELVILLE
105 MAXESS RD., SUITE 124S
MELVILLE, NY 11747
(631) 574-4510

ALBANY
150 STATE STREET
ALBANY, N.Y. 12207
(518) 465-8230

WASHINGTON, D.C.
444 NORTH CAPITOL STREET, N.W.
WASHINGTON, D.C. 20001
(202) 347-1117

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08



March 6, 2008

**BY HAND**

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street; Room 2260
New York, New York 10007

Re:  **The Management Group, LLC v. Angel Music Group Ltd.; 08 Civ. 2172 (PKC)**

Dear Judge Castel:

Pursuant to Your Honor's Order entered earlier today, enclosed please find a complete set of plaintiffs' moving papers in connection with the evidentiary hearing scheduled for tomorrow morning.

Respectfully yours,

Larry Hutcher /afb
Larry Hutcher

LH:afb
Enclosures

cc:  Robert D. Goldstein, Esq. (via e-mail)
     (w/o enclosures)

*Based upon agreement placed upon the record in open Court (see transcript), the motion for a preliminary injunction is withdrawn and the TRO is vacated. SO ORDERED.*

/s/ P. Kevin Castel, USDJ
3-10-08

00371709