UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE MANAGEMENT GROUP, LLC,
ANDREW FOX and LEE HEIMAN,                                          08 Civ. 2172(PKC)

                                 Plaintiffs,

                           - against -

ANGEL MUSIC GROUP LTD., NEIL MOFFITT,                               **DECLARATION**
NICK McCABE, JESSIE ANGLES, ANU DHAMI,
ISABEL PIAGGI, and DAN A. VIDAL,

                                 Defendants.
------------------------------------------------------------x

     I, Andrew Fox, pursuant to 28 U.S.C. Section 1746, declare that the following is true and correct:

     1.    I am a plaintiff in the above captioned action and the Chief Executive Officer of plaintiff The Management Group, LLC ("TMG" or the "Company"). I submit this affidavit, pursuant to this Court's Order, dated March 6, 2008, to set forth the citizenship of natural persons and the place of incorporation and principal place of business of corporate entities who are Members of TMG.

     2.    TMG's members and their respective states of citizenship are as follows:

Andrew Fox, Lee Heiman and Lisa Heiman – Citizens of New York State

David McComb – Citizen of New Jersey

WS7 Media, LLC -- Place of incorporation and principal place of business -- California

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 11, 2008 at New York, New York.

                                                                                   _____
                                                                                    ANDREW FOX

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE MANAGEMENT GROUP, LLC,
ANDREW FOX and LEE HEIMAN,

                                          Plaintiffs,

08 Civ. 2172(PKC)

                    -against-

**AFFIDAVIT OF SERVICE**

ANGEL MUSIC GROUP LTD., NEIL MOFFITT,
NICK McCABE, JESSIE ANGLES, ANU DHAMI,
ISABEL PIAGGI, and DAN A. VIDAL,

                                        Defendants.
------------------------------------------------------------X

STATE OF NEW YORK  )
                             ) ss.:
COUNTY OF NEW YORK  )

      Theresa Fitton, being duly sworn, deposes and says:

      I am over 18 years of age, am not a party to this action and reside in Brooklyn, New York.

      On March 11, 2008, I caused to be served the within **DECLARATION OF ANDREW FOX** by regular mail by depositing true copies of same, enclosed in post-paid wrappers, in an official depository under the exclusive care and custody of the U.S. Postal service, addressed as shown below:

Robert D. Goldstein, Esq.
EPSTEIN BECKER & GREEN, P.C.
*Attorneys for Defendants Angel Music*
  *Group Ltd. and Neil Moffitt*
250 Park Avenue
New York, NY 10177-1211

Ronald Richards, Esq.
*Attorneys for Defendants Angel Music*
  *Group Ltd. and Neil Moffitt*
P. O. Box 11480
Beverly Hills, CA 90213

Nick McCabe
*Defendant Pro Se*
c/o Angel Music Group Ltd.
2904 W. Horizon Ridge Parkway
Suite No. 121
Henderson, NV 89052

Jessie Angles
*Defendant Pro Se*
c/o Angel Music Group Ltd.
2904 W. Horizon Ridge Parkway
Suite No. 121
Henderson, NV 89052

00371858                                      1

Anu Dhami
*Defendant Pro Se*
c/o Angel Music Group Ltd.
2904 W. Horizon Ridge Parkway
Suite No. 121
Henderson, NV  89052

Dan A. Vidal
*Defendant Pro Se*
c/o Angel Music Group Ltd.
420 Lincoln Road, Suite No. 440
Miami, FL  33139

Isabel Piaggi
*Defendant Pro Se*
c/o Angel Music Group Ltd.
420 Lincoln Road, Suite No. 440
Miami, FL  33139

_____
Theresa Fitton

Sworn to before me this
11th day of March 2008

_____
Notary Public

MARGARET L. CONNAUGHTON
NOTARY PUBLIC
STATE OF NEW YORK
NO. 01CO4972568
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES OCTOBER 2L, 20 10