USBS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08

*The citizenship of the natural persons and entities who are members of WS7 Media LLC must be set forth.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

THE MANAGEMENT GROUP, LLC,
ANDREW FOX and LEE HEIMAN,

                Plaintiffs,

     - against -

ANGEL MUSIC GROUP LTD., NEIL MOFFITT,
NICK McCABE, JESSIE ANGLES, ANU DHAMI,
ISABEL PIAGGI, and DAN A. VIDAL,

                Defendants.

-----------------------------------------------------------x

08 Civ. 2172(PKC)

**DECLARATION**

*SO ORDERED*

USDJ
3-11-0

     I, Andrew Fox, pursuant to 28 U.S.C. Section 1746, declare that the following is true and correct:

     1.    I am a plaintiff in the above captioned action and the Chief Executive Officer of plaintiff The Management Group, LLC ("TMG" or the "Company"). I submit this affidavit, pursuant to this Court's Order, dated March 6, 2008, to set forth the citizenship of natural persons and the place of incorporation and principal place of business of corporate entities who are Members of TMG.

     2.    TMG's members and their respective states of citizenship are as follows:

Andrew Fox, Lee Heiman and Lisa Heiman – Citizens of New York State

David McComb -- Citizen of New Jersey

WS7 Media, LLC -- Place of incorporation and principal place of business -- California

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 11, 2008 at New York, New York.

                                  _____
                                    ANDREW FOX

00371808