UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
THE MANAGEMENT GROUP, LLC,
ANDREW FOX and LEE HEIMAN,

                                  Plaintiffs,

- against -

ANGEL MUSIC GROUP LTD., NEIL MOFFITT,
NICK McCABE, JESSIE ANGLES, ANU DHAMI,
ISABEL PIAGGI, and DAN A. VIDAL,

                                Defendants.
------------------------------------------------------------------x

08 Civ. 2172(PKC)

**JURY DEMAND**

      Plaintiffs The Management Group, LLC, Andrew Fox and Lee Heiman hereby demand a trial by jury of all issues in the above captioned action.

Dated: New York, New York
       March 12, 2008

                                    DAVIDOFF MALITO & HUTCHER LLP

                                    By: _____
                                        Larry Hutcher (LKH 8327)
                                        Peter M. Ripin (PMR 6950)
                                        Gary I. Lerner (GIL 5382)
                                        *Attorneys for Plaintiffs*
                                        605 Third Avenue, 34th Floor
                                        New York, New York 10158
                                        (212) 557-7200

TO:   Robert D. Goldstein, Esq.
        EPSTEIN BECKER & GREEN, P.C.
        *Attorneys for Defendants Angel Music*
         *Group Ltd. and Neil Moffitt*
        250 Park Avenue
        New York, NY 10177-1211

        Ronald Richards, Esq.
        *Attorneys for Defendants Angel Music*
         *Group Ltd. and Neil Moffitt*
        P. O. Box 11480
        Beverly Hills, CA 90213

00371925

Nick McCabe
*Defendant Pro Se*
c/o Angel Music Group Ltd.
2904 W. Horizon Ridge Parkway
Suite No. 121
Henderson, NV 89052

Anu Dhami
*Defendant Pro Se*
c/o Angel Music Group Ltd.
2904 W. Horizon Ridge Parkway
Suite No. 121
Henderson, NV 89052

Dan A. Vidal
*Defendant Pro Se*
c/o Angel Music Group Ltd.
420 Lincoln Road, Suite No. 440
Miami, FL 33139

Jessie Angles
*Defendant Pro Se*
c/o Angel Music Group Ltd.
2904 W. Horizon Ridge Parkway
Suite No. 121
Henderson, NV 89052

Isabel Piaggi
*Defendant Pro Se*
c/o Angel Music Group Ltd.
420 Lincoln Road, Suite No. 440
Miami, FL 33139

00371925