UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE MANAGEMENT GROUP, LLC,    :
ANDREW FOX and LEE HEIMAN,    :
                              :          08 Civ. 2172(PKC)
                   Plaintiffs, :
                              :
         -against-            :          **AFFIDAVIT OF SERVICE**
                              :
ANGEL MUSIC GROUP LTD., NEIL MOFFITT, :
NICK McCABE, JESSIE ANGLES, ANU DHAMI,:
ISABEL PIAGGI, and DAN A. VIDAL, :
                              :
                   Defendants. :
------------------------------------------------------------X

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

    Theresa Fitton, being duly sworn, deposes and says:

    I am over 18 years of age, am not a party to this action and reside in Brooklyn, New York.

    On March 13, 2008, I caused to be served the within **JURY DEMAND** by regular mail by depositing true copies of same, enclosed in post-paid wrappers, in an official depository under the exclusive care and custody of the U.S. Postal service, addressed as shown below:

| | |
|---|---|
| Robert D. Goldstein, Esq.<br>EPSTEIN BECKER & GREEN, P.C.<br>*Attorneys for Defendants Angel Music*<br>  *Group Ltd. and Neil Moffitt*<br>250 Park Avenue<br>New York, NY 10177-1211 | Ronald Richards, Esq.<br>*Attorneys for Defendants Angel Music*<br>  *Group Ltd. and Neil Moffitt*<br>P. O. Box 11480<br>Beverly Hills, CA 90213 |
| Nick McCabe<br>*Defendant Pro Se*<br>c/o Angel Music Group Ltd.<br>2904 W. Horizon Ridge Parkway<br>Suite No. 121<br>Henderson, NV 89052 | Jessie Angles<br>*Defendant Pro Se*<br>c/o Angel Music Group Ltd.<br>2904 W. Horizon Ridge Parkway<br>Suite No. 121<br>Henderson, NV 89052 |

Anu Dhami
*Defendant Pro Se*
c/o Angel Music Group Ltd.
2904 W. Horizon Ridge Parkway
Suite No. 121
Henderson, NV  89052

Dan A. Vidal
*Defendant Pro Se*
c/o Angel Music Group Ltd.
420 Lincoln Road, Suite No. 440
Miami, FL  33139

Isabel Piaggi
*Defendant Pro Se*
c/o Angel Music Group Ltd.
420 Lincoln Road, Suite No. 440
Miami, FL  33139

_____
Theresa Fitton

Sworn to before me this
13th day of March 2008

_____
Notary Public

HEIDI M. LETTENEIER
Notary Public, State of New York
No. [illegible]
Qualified in Putnam County
Commission Expires December 23, /2009