UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE MANAGEMENT GROUP, LLC,
ANDREW FOX and LEE HEIMAN,

                                    Plaintiffs,

              -against-

ANGEL MUSIC GROUP LTD., NEIL MOFFITT,
NICK McCABE, JESSIE ANGLES, ANU DHAMI,
ISABEL PIAGGI, and DAN A. VIDAL,

                                  Defendants.
------------------------------------------------------------X

08 Civ. 2172(PKC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                ) ss.:
COUNTY OF NEW YORK )

       Theresa Fitton, being duly sworn, deposes and says:

       I am over 18 years of age, am not a party to this action and reside in Brooklyn, New York.

       On March 12, 2008, I caused to be served the within **NOTICE OF APPEARANCE** by regular mail by depositing true copies of same, enclosed in post-paid wrappers, in an official depository under the exclusive care and custody of the U.S. Postal service, addressed as shown below:

Robert D. Goldstein, Esq.
EPSTEIN BECKER & GREEN, P.C.
*Attorneys for Defendants Angel Music*
 *Group Ltd. and Neil Moffitt*
250 Park Avenue
New York, NY 10177-1211

Nick McCabe
*Defendant Pro Se*
c/o Angel Music Group Ltd.
2904 W. Horizon Ridge Parkway
Suite No. 121
Henderson, NV 89052

Ronald Richards, Esq.
*Attorneys for Defendants Angel Music*
 *Group Ltd. and Neil Moffitt*
P. O. Box 11480
Beverly Hills, CA 90213

Jessie Angles
*Defendant Pro Se*
c/o Angel Music Group Ltd.
2904 W. Horizon Ridge Parkway
Suite No. 121
Henderson, NV 89052

Anu Dhami
*Defendant Pro Se*
c/o Angel Music Group Ltd.
2904 W. Horizon Ridge Parkway
Suite No. 121
Henderson, NV 89052

Dan A. Vidal
*Defendant Pro Se*
c/o Angel Music Group Ltd.
420 Lincoln Road, Suite No. 440
Miami, FL 33139

Isabel Piaggi
*Defendant Pro Se*
c/o Angel Music Group Ltd.
420 Lincoln Road, Suite No. 440
Miami, FL 33139

_____
Theresa Fitton

Sworn to before me this
12th day of March 2008

_____
Notary Public

HEIDI M. DEZENDER
Notary Public, State of New York
No. 4090020
Qualified in Putnam County
Commission Expires December 23, 2001

00371858                                    2