UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
THE MANAGEMENT GROUP, LLC, ANDREW
FOX, and LEE HEIMAN,

                Plaintiffs,

          - against -

ANGEL MUSIC GROUP LTD., NEIL MOFFITT,
NICK McCABE, JESSIE ANGLES, ANU DHAMI,
ISABEL PIAGGI, and DAN A. VIDAL,

                Defendants.
------------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

08-02172(PKC)

**ORDER GRANTING
ADMISSION PRO HAC VICE**

Upon the motion of Michael Liberman, attorney for Defendants Angel Music Group Ltd. and Neil Moffitt and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

    Ronald Richards, Esq.
    Law Firm of Ronald Richards and Associates
    P.O. Box 11480
    Beverly Hills, CA 90213
    310-556-1001
    ron@ronald richards.com

is admitted to practice pro hac vice as counsel for Defendant Neil Moffitt in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
       3-13, 2008

_____
Hon. P. Kevin Castel, United States District Judge