UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
THE MANAGEMENT GROUP, LLC,
ANDREW FOX and LEE HEIMAN,      08 Civ. 2172(PKC)

                  Plaintiffs,      **NOTICE OF APPEARANCE**

- against -

ANGEL MUSIC GROUP LTD., NEIL MOFFITT,
NICK McCABE, JESSIE ANGLES, ANU DHAMI,
ISABEL PIAGGI, and DAN A. VIDAL,

                  Defendants.
------------------------------------------------------------------x

     **PLEASE TAKE NOTICE**, that Davidoff Malito & Hutcher LLP, 605 Third Avenue, 34th Floor, New York, New York 10158, hereby appears as counsel for plaintiffs The Management Group, LLC, Andrew Fox and Lee Heiman, and respectfully requests that all papers be forwarded to the undersigned at the address set forth below.

Dated: New York, New York
       March 12, 2008

                                                DAVIDOFF MALITO & HUTCHER LLP

                                                By: _____
                                                    Larry Hutcher (LKH 8327)
                                                    Peter M. Ripin (PMR 6950)
                                                    Gary I. Lerner (GIL 5382)
                                                    *Attorneys for Plaintiffs*
                                                    605 Third Avenue, 34th Floor
                                                    New York, New York 10158
                                                    (212) 557-7200

TO:    Robert D. Goldstein, Esq.  
EPSTEIN BECKER & GREEN, P.C.  
*Attorneys for Defendants Angel Music*  
  *Group Ltd. and Neil Moffitt*  
250 Park Avenue  
New York, NY 10177-1211  

Nick McCabe  
*Defendant Pro Se*  
c/o Angel Music Group Ltd.  
2904 W. Horizon Ridge Parkway  
Suite No. 121  
Henderson, NV 89052  

Anu Dhami  
*Defendant Pro Se*  
c/o Angel Music Group Ltd.  
2904 W. Horizon Ridge Parkway  
Suite No. 121  
Henderson, NV 89052  

Dan A. Vidal  
*Defendant Pro Se*  
c/o Angel Music Group Ltd.  
420 Lincoln Road, Suite No. 440  
Miami, FL 33139  

Ronald Richards, Esq.  
*Attorneys for Defendants Angel Music*  
  *Group Ltd. and Neil Moffitt*  
P. O. Box 11480  
Beverly Hills, CA 90213  

Jessie Angles  
*Defendant Pro Se*  
c/o Angel Music Group Ltd.  
2904 W. Horizon Ridge Parkway  
Suite No. 121  
Henderson, NV 89052  

Isabel Piaggi  
*Defendant Pro Se*  
c/o Angel Music Group Ltd.  
420 Lincoln Road, Suite No. 440  
Miami, FL 33139