UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
THE MANAGEMENT GROUP, LLC,
ANDREW FOX and LEE HEIMAN,                    08 Civ. 2172(PKC)

                              Plaintiffs,      **NOTICE OF APPEARANCE**

   - against -

ANGEL MUSIC GROUP LTD., NEIL MOFFITT,
NICK McCABE, JESSIE ANGLES, ANU DHAMI,
ISABEL PIAGGI, and DAN A. VIDAL,

                              Defendants.
-----------------------------------------------------------------x

     **PLEASE TAKE NOTICE**, that Davidoff Malito & Hutcher LLP, 605 Third Avenue, 34th Floor, New York, New York 10158, hereby appears as counsel for plaintiffs The Management Group, LLC, Andrew Fox and Lee Heiman, and respectfully requests that all papers be forwarded to the undersigned at the address set forth below.

Dated: New York, New York
       March 12, 2008

                                    DAVIDOFF MALITO & HUTCHER LLP

                                    By: _____
                                       Larry Hutcher (LKH 8327)
                                       Peter M. Ripin (PMR 6950)
                                       Gary I. Lerner (GIL 5382)
                                    *Attorneys for Plaintiffs*
                                    605 Third Avenue, 34th Floor
                                    New York, New York 10158
                                    (212) 557-7200

TO:  Robert D. Goldstein, Esq.
EPSTEIN BECKER & GREEN, P.C.
*Attorneys for Defendants Angel Music
Group Ltd. and Neil Moffitt*
250 Park Avenue
New York, NY 10177-1211

Nick McCabe
*Defendant Pro Se*
c/o Angel Music Group Ltd.
2904 W. Horizon Ridge Parkway
Suite No. 121
Henderson, NV 89052

Anu Dhami
*Defendant Pro Se*
c/o Angel Music Group Ltd.
2904 W. Horizon Ridge Parkway
Suite No. 121
Henderson, NV 89052

Dan A. Vidal
*Defendant Pro Se*
c/o Angel Music Group Ltd.
420 Lincoln Road, Suite No. 440
Miami, FL 33139

Ronald Richards, Esq.
*Attorneys for Defendants Angel Music
Group Ltd. and Neil Moffitt*
P. O. Box 11480
Beverly Hills, CA 90213

Jessie Angles
*Defendant Pro Se*
c/o Angel Music Group Ltd.
2904 W. Horizon Ridge Parkway
Suite No. 121
Henderson, NV 89052

Isabel Piaggi
*Defendant Pro Se*
c/o Angel Music Group Ltd.
420 Lincoln Road, Suite No. 440
Miami, FL 33139

00371880