UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THE MANAGEMENT GROUP, LLC, ANDREW
FOX, and LEE HEIMAN,

                      Plaintiffs,

              - against -                      08-02172(PKC)

ANGEL MUSIC GROUP LTD., NEIL MOFFITT,
NICK McCABE, JESSIE ANGLES, ANU DHAMI,
ISABEL PIAGGI, and DAN A. VIDAL,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CONSENT TO REMOVAL

        1.        Defendant Nick McCabe is a citizen of the United Kingdom and resides at 1693 Ravanusa Drive, Henderson, Nevada, 89052.  Mr. McCabe was served with process in the above-referenced action on March 14, 2008.

        2.        Defendant Jessie Angles is a citizen of the United States and resides at 533 Truffles St, Henderson, NV 89015.  Mr. Angles was served with process in the above-referenced action on March 14, 2008.

        3.        Defendant Anu Dhami is a citizen of the United Kingdom and resides at 56 E Serene Ave, Apt 216, Las Vegas, NV 89123.  Ms. Dhami was served with process in the above-referenced action on March 14, 2008.

        4.        Defendant Isabel Piaggi is a citizen of the United States and resides at 6225 SW 87th Avenue, Miami, FL 33173.  Ms. Piaggi was served with process in the above-referenced action on March 14, 2008.

5. Defendant Dan A. Vidal is a citizen of the United States and resides at 4510 NE 2nd Ave, Apt 4, Miami, FL 33137.  Mr. Vidal was served with process in the above-captioned action on March 14, 2008.

6. Defendants Nick McCabe, Jessie Angles, Anu Dhami, Isabel Piaggi, and Dan A. Vidal, by and through their attorneys, Karaahmetoglu & Luz Firm LLP, hereby consent to the removal of the above-referenced action [Index No.: 600584/08] from the Supreme Court of the State of New York, County of New York, to this Court pursuant to the Notice of Removal filed by Defendants Angel Music Group Ltd and Neil Moffitt on March 4, 2008.

7. In consenting to removal, Defendants McCabe, Angles, Dhami, Piaggi and Vidal do not consent to jurisdiction in the State of New York, aver that such jurisdiction does not exist and expressly reserve their right to move to dismiss the complaint on the ground of lack of personal jurisdiction.

March 21, 2008

KARAAHMETOGLU & LUZ FIRM LLP

By: \_\_\_\_\_/S/_____
       Thomas J. Luz (TL-4665)
1500 Broadway, 21st Floor
New York, New York  10036
(212) 681-8313
Fax:  (212) 221-8468
*Attorneys for Defendants Nick McCabe, Jessie Angles, Anu Dhami, Isabel Piaggi, and Dan A. Vidal*