SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------X
THE MANAGEMENT GROUP, LLC, et al.,            Index No. 600584-08
                      Plaintiffs,             **AFFIDAVIT OF SERVICE**

         -against-

ANGEL MUSIC GROUP LTD., et al.,
                      Defendants.
----------------------------------------X
STATE OF NEVADA    )
                   s.s.:
COUNTY OF CLARK    )

    Kevin R. Smith_____, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the  7th  day of March, 2008, at approximately  1:13  a̶.̶m̶./p.m., deponent served a true copy of the Order to Show Cause, Affidavit of Andrew Fox with Exhibits, Affidavit of Lee Heiman, Plaintiffs' Memorandum of Law, Statement in Support of Request for Assignment to Commercial Division, Request for Judicial Intervention, Summons (Endorsed with the Index Number and the Date of Filing) and Complaint upon Nick McCabe at Angel Music Group Ltd., 2904 West Horizon Ridge Parkway - Suite 121, Henderson, Nevada by personally delivering and leaving the same with  Nick McCabe , at that address, the Defendant's actual place of business. At the time of service deponent asked if Nick McCabe is in active military service for the United States or for the State in any capacity whatsoever and received a negative/p̶o̶s̶i̶t̶i̶v̶e̶ reply.

    Nick McCabe  is a  white male  approximately  35 yrs  years of age, stands approximately  5'  feet,  8  inches tall, weighs approximately  170  pounds with  brown  hair and _____ eyes.

Sworn to before me this
11th day of March, 2008.

_____          _____
PROCESS SERVER                          NOTARY PUBLIC

CATHLEEN V. HOLMES
Notary Public State of Nevada
No. 07-3770-1
My appt. exp. June 21, 2011