SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------X
THE MANAGEMENT GROUP, LLC, et al.,           Index No. 600584-08
                    Plaintiffs,              **AFFIDAVIT OF SERVICE**
        -against-

ANGEL MUSIC GROUP LTD., et al.,
                    Defendants.
------------------------------------X
STATE OF NEVADA    )
                   s.s.:
COUNTY OF CLARK    )

   Kevin R. Smith, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

   That on the 7th day of March, 2008, at approximately 1:13 a.m./p.m., deponent served a true copy of the Order to Show Cause, Affidavit of Andrew Fox with Exhibits, Affidavit of Lee Heiman, Plaintiffs' Memorandum of Law, Statement in Support of Request for Assignment to Commercial Division, Request for Judicial Intervention, Summons (Endorsed with the Index Number and the Date of Filing) and Complaint upon Jesse Angles at Angel Music Group Ltd., 2904 West Horizon Ridge Parkway - Suite 121, Henderson, Nevada by personally delivering and leaving the same with Jesse Angles, at that address, the Defendant's actual place of business. At the time of service deponent asked if Jesse Angles is in active military service for the United States or for the State in any capacity whatsoever and received a negative/~~positive~~ reply.

   Jesse Angles is a white male approximately 30 years of age, stands approximately 5 feet, 8 inches tall, weighs approximately 160 pounds with brown hair and _____ eyes.

                               Sworn to before me this
                               11th day of March, 2008.

   _Kevin R. Smith_              _Cathleen V Holmes_
   PROCESS SERVER                NOTARY PUBLIC

                            CATHLEEN V. HOLMES
                            Notary Public, State of Nevada
                            No. 07-3770-1
                            My appt. exp. June 21, 2011