SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------X
THE MANAGEMENT GROUP, LLC, et al.,                Index No. 600584-08
                    Plaintiffs,                   **AFFIDAVIT OF SERVICE**
         -against-

ANGEL MUSIC GROUP LTD., et al.,
                    Defendants.
----------------------------------------X
STATE OF NEVADA     )
                    s.s.:
COUNTY OF CLARK     )

    Kevin R. Smith                     , being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the __7th__ day of March, 2008, at approximately __1:13__ a.m./p.m., deponent served a true copy of the Order to Show Cause, Affidavit of Andrew Fox with Exhibits, Affidavit of Lee Heiman, Plaintiffs' Memorandum of Law, Statement in Support of Request for Assignment to Commercial Division, Request for Judicial Intervention, Summons (Endorsed with the Index Number and the Date of Filing) and Complaint upon Anu Dhami at Angel Music Group Ltd., 2904 West Horizon Ridge Parkway – Suite 121, Henderson, Nevada by personally delivering and leaving the same with __Anu Dhami__, at that address, the Defendant's actual place of residence/business. At the time of service deponent asked if Anu Dhami is in active military service for the United States or for the State in any capacity whatsoever and received a negative/positive reply.

    __Anu Dhami__ is a __white__ __female__ approximately __30 +__ years of age, stands approximately __5'__ feet, __2__ inches tall, weighs approximately __140__ pounds with __black__ hair and _____ eyes.

    Sworn to before me this __11th__ day of March, 2008.

_Kevin R. Smith_
PROCESS SERVER

_Cathleen V Holmes_
NOTARY PUBLIC

CATHLEEN V. HOLMES
Notary Public State of Nevada
No. 07-3770-1
My appt. exp. June 21, 2011