ORIGINAL

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------X
THE MANAGEMENT GROUP, LLC, et al.,                Index No. 600584-08
                              Plaintiffs,        AFFIDAVIT OF SERVICE
          -against-

ANGEL MUSIC GROUP LTD., et al.,
                              Defendants.
----------------------------------------X
STATE OF FLORIDA   )
                   s.s.:
COUNTY OF DADE     )

    HELMER RAMIREZ, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the 6th day of March, 2008, at approximately 4:50 p.m., deponent served a true copy of the Order to Show Cause, Affidavit of Andrew Fox with Exhibits, Affidavit of Lee Heiman, Plaintiffs' Memorandum of Law, Statement in Support of Request for Assignment to Commercial Division, Request for Judicial Intervention, Summons (Endorsed with the Index Number and the Date of Filing) and Complaint upon Isabel Piaggi at Angel Music Group, Ltd., 420 Lincoln Road - Suite 440, Miami Beach, Florida by personally delivering and leaving the same with Isabel Piaggi, at that address, the Defendant's actual place of business. At the time of service deponent asked if Isabel Piaggi is in active military service for the United States or for the State in any capacity whatsoever and received a negative reply.

    Isabel Piaggi is a white female approximately 25 years of age, stands approximately 5 feet, 4 inches tall, weighs approximately 135 pounds with light brown hair and brown eyes.

_____
HELMER RAMIREZ

Sworn to before me this
13th day of March, 2008.

_____
NOTARY PUBLIC

[Notary Seal: ZAILI QUEZADA, NOTARY, My Comm. Expires February 5, 2009, No. DD534782, STATE OF FLORIDA]