UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE MANAGEMENT GROUP, LLC,
ANDREW FOX and LEE HEIMAN,                                    08 Civ. 2172(PKC)

                              Plaintiffs,

                  - against -                                          **DECLARATION**

ANGEL MUSIC GROUP LTD., NEIL MOFFITT,
NICK McCABE, JESSIE ANGLES, ANU DHAMI,
ISABEL PIAGGI, and DAN A. VIDAL,

                              Defendants.
------------------------------------------------------------x

       I, Andrew Fox, pursuant to 28 U.S.C. Section 1746, declare that the following is true and correct:

       1.    I am a plaintiff in the above captioned action and the Chief Executive Officer of plaintiff The Management Group, LLC ("TMG" or the "Company").

       2.    As set forth in my Declaration, dated March 11, 2008, WS7 Media, LLC is a Member of TMG and its place of incorporation and principal place of business is California. The sole member of WS7 Media, LLC is Barak Schurr, a citizen of California.

       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 2, 2008 at New York, New York.

                                                             _____
                                                               ANDREW FOX

00371808

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE MANAGEMENT GROUP, LLC,
ANDREW FOX and LEE HEIMAN,

                              Plaintiffs,

    -against-

ANGEL MUSIC GROUP LTD., NEIL MOFFITT,
NICK McCABE, JESSIE ANGLES, ANU DHAMI,
ISABEL PIAGGI, and DAN A. VIDAL,

                              Defendants.
-------------------------------------------------------------X

08 Civ. 2172(PKC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

    Theresa Fitton, being duly sworn, deposes and says:

    I am over 18 years of age, am not a party to this action and reside in Brooklyn, New York.

    On April 2, 2008, I caused to be served the within **DECLARATION** by regular mail by depositing true copies of same, enclosed in post-paid wrappers, in an official depository under the exclusive care and custody of the U.S. Postal service, addressed as shown below:

Robert D. Goldstein, Esq.
EPSTEIN BECKER & GREEN, P.C.
*Attorneys for Defendants Angel Music Group Ltd.*
*and Neil Moffitt*
250 Park Avenue
New York, NY 10177-1211

Ronald Richards, Esq.
*Attorney for Defendants Angel Music*
*Group Ltd. and Neil Moffitt*
P. O. Box 11480
Beverly Hills, CA 90213

Thomas J. Luz, Esq.
KARAAHMETOGLU & LUZ FIRM
*Attorneys for Defendants Nick McCabe, Jessie Angles,*
*Anu Dhami, Isabel Piaggi and Dan A. Vidal*
Times Square Plaza
1500 Broadway
New York, NY 10036

                                                                 _____
                                                                        Theresa Fitton

Sworn to before me this
2nd day of April 2008

_____
Notary Public
MARGARET L. CONNAUGHTON
NOTARY PUBLIC
STATE OF NEW YORK
NO. 01CO4972568
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES OCTOBER __, 20__

00371858                                                         1