**KLF**

# KARAAHMETOGLU & LUZ FIRM
*A New York Limited Liability Partnership*

TIMES SQUARE PLAZA
1500 BROADWAY
NEW YORK, NEW YORK 10036
WWW.KARALAW.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

TELEPHONE
(212) 661-8313

FACSIMILE
(212) 208-2917

## MEMO ENDORSED

April 7, 2008

BY FAX (212) 805-7949

Hon. P. Kevin Castel
United States District Judge
500 Pearl St., Room 2260
New York, NY 10007

Re: The Management Group v. Angel Music Group, No. 08-02172

Dear Judge Castel:

This firm represents defendants Nick McCabe, Jessie Angles, Anu Dhami, Isabel Piaggi, and Dan A. Vidal in this action.

I submit this letter in response to Plaintiff's April 22, 2008 letter seeking leave to amend the complaint in this action. Defendants McCabe, Dhami, Piaggi and Vidal have no objection to Plaintiff's request to file an amended pleading.

Very truly yours,

Thomas J. Luz

Cc: Peter Ripin, Esq.
 Robert Goldstein, Esq.
 Ronald Richards, Esq.

*[Handwritten endorsement:]* Leave to file amended complaint is granted. SO ORDERED. /s/ PKC USDJ 4-25-08