UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE MANAGEMENT GROUP, LLC,
ANDREW FOX and LEE HEIMAN,

                                        Plaintiffs,

                  -against-

ANGEL MUSIC GROUP LTD., NEIL MOFFITT,
NICK McCABE, JESSIE ANGLES, ANU DHAMI,
ISABEL PIAGGI, and DAN A. VIDAL,

                                      Defendants.
------------------------------------------------------------X

08 Civ. 2172(PKC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

       Patricia Kennedy, being duly sworn, deposes and says:

       I am over 18 years of age, am not a party to this action and reside in Putnam County, New York.

       On April 25, 2008, I caused to be served the within **REPLY TO COUNTERCLAIMS** by regular mail by depositing true copies of same, enclosed in post-paid wrappers, in an official depository under the exclusive care and custody of the U.S. Postal service, addressed as shown below:

Robert D. Goldstein, Esq.
EPSTEIN BECKER & GREEN, P.C.
*Attorneys for Defendants Angel Music Group Ltd.
and Neil Moffitt*
250 Park Avenue
New York, NY 10177-1211

Ronald Richards, Esq.
*Attorney for Defendants Angel Music
Group Ltd. and Neil Moffitt*
P. O. Box 11480
Beverly Hills, CA 90213

Thomas J. Luz, Esq.
KARAAHMETOGLU & LUZ FIRM
*Attorneys for Defendants Nick McCabe, Jessie Angles,
Anu Dhami, Isabel Piaggi and Dan A.Vidal*
Times Square Plaza
1500 Broadway
New York, NY 10036

                                                             Patricia A. Kennedy

Sworn to before me this
25th day of April 2008

_____
Notary Public

NARCISSUS F. THOMAS
Commissioner of Deeds
City of New York, No. 2-2366
Certificate Filed in Kings County
Commission Expires Oct. 1, 2009

00373863

1