USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

THE MANAGEMENT GROUP, LLC

                      Plaintiff(s),                  08 Civ. 2172 (PKC)

    -against-

ANGEL MUSIC GROUP LTD, et al.,      <u>ORDER</u>

                  Defendant(s).

---------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

       As a result of a Pre-Trial Conference held before this Court today, the following is ORDERED:

1. By June 6, 2008, the parties may conduct discovery on the issue of personal jurisdiction via interrogatories and document requests.

2. By June 13, 2008, defendant(s) may move to dismiss on personal jurisdiction grounds. Response due June 27; reply by July 11.

3. ~~Nothing ~~ ~~herein~~ ~~shall~~ The personal jurisdiction motion is limited to individuals other than Moffet or McCabe who do not dispute personal jurisdiction.

4.

5.

6. The next conference in this matter will be held on _____, 200_ at _____.

P. Kevin Castel
United States District Judge

Dated: New York, New York
4-25-08