UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE MANAGEMENT GROUP, LLC,
ANDREW FOX and LEE HEIMAN,

                               08 Civ. 2172(PKC)

                   Plaintiffs,

-against-                      **AFFIDAVIT OF SERVICE**

ANGEL MUSIC GROUP LTD., NEIL MOFFITT,
NICK McCABE, JESSIE ANGLES, ANU DHAMI,
ISABEL PIAGGI, and DAN A. VIDAL,

                  Defendants.
-------------------------------------------------------------X

STATE OF NEW YORK    )
                                   ) ss.:
COUNTY OF NEW YORK  )

    Patricia Kennedy, being duly sworn, deposes and says:

    I am over 18 years of age, am not a party to this action and reside in Putnam County, New York.

    On May 29, 2008, I caused to be served the within REPLY TO COUNTERCLAIMS by depositing a true copy thereof enclosed in a post-paid properly addressed wrapper in a post office under the exclusive care and custody of the United States Postal Service within the State of New York addressed to the following person(s) at their last known address set forth after each name via U.S. POSTAL SERVICE EXPRESS MAIL:

Ronald Richards, Esq.
P. O. Box 11480
Beverly Hills, CA 90213

                                                     Patricia A. Kennedy

Sworn to before me this
29th day of May, 2008

_____
Notary Public

NARCISSUS F. THOMAS
Commissioner of Deeds
City of New York, No. 2-2366
Certificate Filed in Kings County
Commission Expires Oct. 1, 2009

00373876                                          2