UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
THE MANAGEMENT GROUP, LLC,
ANDREW FOX and LEE HEIMAN,

                                    Plaintiffs,

- against -

ANGEL MUSIC GROUP LTD., NEIL MOFFITT,
NICK McCABE, JESSIE ANGLES, ANU DHAMI,
ISABEL PIAGGI, and DAN A. VIDAL,

                                    Defendants.
-----------------------------------------------------------------x

08 Civ. 2172 (PKC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                           ) ss.:
COUNTY OF NEW YORK  )

       CARMELO ARTEAGA, being duly sworn, deposes and says, that:

       1. I am not a party to this action, am over 18 years of age, and reside in Bronx, New York. I am a process server licensed by the New York City Department of Consumer Affairs.

       2. On May 29, 2008, at approximately 2:22 p.m., I served the Reply to Counterclaims, in this action upon Attorneys for Defendants, Angel Music Group Ltd. and Neil Moffitt, at Epstein Becker & Green, P.C., located at 250 Park Avenue, 14th Floor, New York, New York, by personally delivering and leaving a copy of same with Owen G. Wallace a managing attorney at said office, who represented to me that he was authorized to accept service.

       3. I hereby describe Owen G. Wallace to the best of my ability at the time and circumstance of my service: Male, Caucasian, Brown eyes, Brown hair, approximately 30 to 35 years of age, approximately 5'10" tall, and approximately 170-180 pounds.

Sworn to before me this
29th day of May, 2008

_____
Notary Public

                                    _____
                                    CARMELO ARTEAGA
                                    License No.1095355

O! S! LO
Notary Public, State of New York
No. 01LO5034923
Qualified in Kings County
Commission Expires October 24, 20 _13_

00373609