UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
-------------------------------------------------------------------x

THE MANAGEMENT GROUP, LLC,
ANDREW FOX and LEE HEIMAN,                              08 Civ. 2172 (PKC)

                              Plaintiffs,       **AFFIDAVIT OF**
      - against -                                   **SERVICE**

ANGEL MUSIC GROUP LTD., NEIL MOFFITT,
NICK McCABE, JESSIE ANGLES, ANU DHAMI,
ISABEL PIAGGI, and DAN A. VIDAL,

                              Defendants.
-------------------------------------------------------------------x

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK

        CARMELO ARTEAGA, being duly sworn, deposes and says, that:

1. I am not a party to this action, am over 18 years of age, and reside in Bronx, New York. I am a process server licensed by the New York City Department of Consumer Affairs.

2. On May 29, 2008, at approximately 2:40 p.m., I served the Reply to Counterclaims, in this action upon Attorneys for Defendants, Nick McCabe, Jessie Angles, Anu Dhami, Isabel Piaggi, and Dan A. Vidal., at Karaahmetoglu & Luz LLP. located at 1500 Broadway, Suite 2100, New York, New York, by personally delivering and leaving a copy of same with Barbaros Karaahmetoglu who accepted service on behalf of Thomas J. Luz.

3. I hereby describe Barbaros Karaahmetoglu to the best of my ability at the time and circumstance of my service: Male, Caucasian, Brown eyes, Brown hair, approximately 35 to 40 years of age, approximately 6'2" tall, and approximately 210-220 pounds.

Sworn to before me this
29th day of May, 2008

                                                         CARMELO ARTEAGA
                                                         License No.1095355

_____
Notary Public

                         OI SI LO
           Notary Public, State of New York
                No. 01LO5034923
            Qualified in Kings County
       Commission Expires October 24, 20 ____

00373609