UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

THE MANAGEMENT GROUP, LLC, ANDREW
FOX, and LEE HEIMAN,

                                 Plaintiffs,

          - against -                                                    08-02172(PKC)

ANGEL MUSIC GROUP LTD., NEIL MOFFITT,
NICK McCABE, JESSIE ANGLES, ANU DHAMI,
ISABEL PIAGGI, and DAN A. VIDAL,

                                 Defendants.

-------------------------------------------------------------- x

### AFFIDAVIT OF ISABEL PIAGGI
### IN SUPPORT OF MOTION TO DISMISS

STATE OF FLORIDA          )
                                      :  SS.:
COUNTY OF DADE          )

          ISABEL PIAGGI, being duly sworn, says:

          1.        I am a citizen of the United States and of the State of Florida. I reside at

6225 SW 87th Avenue, Miami, FL 33173. I was served with the complaint in this action on

March 14, 2008.

          2.        The complaint against me should be dismissed for lack of personal

jurisdiction. I do not live in New York. I do not own property in New York. I do not work in

New York. I never contracted to deliver any good or service in New York. I did no tortious act

that had an effect in New York. I transact no business in New York.

          3.        The complaint against me alleges a number of common-law causes of

action arising out of my departure from the employment of Plaintiff The Management Group,

LLC ("TMG") and my joining Defendant Angel Music Group, Ltd. ("Angel").

4.     Both TMG and Angel manage musical artists on a worldwide basis. I worked for TMG from March 7th, 2005 until December 12th, 2007 as the Miami Regional Manager. I had no employment contract with TMG during my employment there. At all times during my employment with TMG I was located in the State of Florida. I delivered services to TMG from the office in Florida to its worldwide client base. I did not travel to New York for business and did not otherwise avail myself of this jurisdiction for any purpose.

5.     I communicated with employees of TMG in New York and elsewhere as part of my duties, but as shown in the accompanying memorandum of law, this is insufficient to support jurisdiction in New York.

WHEREFORE, the motion to dismiss the complaint as against me should be granted.

April 7, 2008



State of Florida
County of _____ County

Sworn to (or affirmed) and subscribed before me this _____ day of
April _____ 2008 by _____

Personally Known _____ or Produced Identification _____
Type of Identification Produced _____

KARAAHMETOGLU & LUZ FIRM LLP

By:     /s/
        Thomas J. Luz (TL-4665)
        1500 Broadway, 21st Floor
        New York, New York 10036
        (212) 681-8342
        Fax: (212) 221-8468
        *Attorneys for Defendants Nick McCabe, Jamie Angeles, Ann Dhani, Isabel Piaggi, and Dan A. Vidal*

- 2 -