UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
THE MANAGEMENT GROUP, LLC,
ANDREW FOX and LEE HEIMAN,
                              Plaintiffs,

      - against -

ANGEL MUSIC GROUP LTD., NEIL MOFFITT,
NICK McCABE, JESSIE ANGLES, ANU DHAMI,
ISABEL PIAGGI, and DAN A. VIDAL,

                              Defendants.
---------------------------------------------------------------x

08 Civ. (PKC)

STIPULATION
AND ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, as follows:

1) The return date of the motion to dismiss for lack of personal jurisdiction by defendants Jessie Angles, Anu Dhami, Isabel Piaggi and Dan A. Vidal (the "Individual Defendants") is adjourned from July 14, 2008 to August 6, 2008;

2) Plaintiffs' papers in response to the motion shall be served so as to be received by counsel for the Individual Defendants by no later than July 22, 2008; and

3) Reply papers in further support of the motion shall be served by the Individual Defendants so as to be received by plaintiffs' counsel by no later than August 5, 2008.

Dated: New York, New York
         June 18, 2008

DAVIDOFF MALITO & HUTCHER LLP

By: _____
    Peter M. Ripin
605 Third Avenue, 34th Floor
New York, New York 10158
(212) 557-7200
Attorneys for Plaintiffs

KARAAHMETOGLU & LUZ FIRM LLP

By: _____
    Thomas J. Luz
1500 Broadway, 21st Floor
New York, New York 10036
(212) 681-8313
Attorneys for Defendants Jessie Angles, Anu Dhami, Isabel Piaggi, and Dan A. Vidal

SO ORDERED,

_____
    U.S.D.J.

6-20-08

00376052